# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID S. REDDING**                                                                                         **PLAINTIFF**
**#00034436**

**VS.**                                            **4:21-CV-00153-BRW**

**JOHN STALEY,** *et al.*                                                                                  **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of May, 2021.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE